United States District Court
for the District of New Jersey

_____
                                        :
**JOSE FRIAS**                          :
                                        :    Civil No. 09-1360
           Plaintiff                    :
                                        :
           vs.                          :    Order of Reassignment
**ALAN AND JOHN COMPANY, ET AL.**       :
                                        :
           Defendant                    :
_____  :

It is on this 12th day of May 2009,

O R D E R E D that the entitled action is reassigned

from Judge Dickinson R. Debevoise to Judge Stanley R. Chesler.

                                                     S/Garrett E. Brown, Jr.
                                   Garrett E. Brown, Jr., Chief Judge
                                   United States District Court